WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. 17-04028MJ-001-PCT-DMF |
| Plaintiff, | **ORDER** |
| v. | |
| Tony Davis, | |
| Defendant, | |

The defendant appeared in court with counsel. The Court finds by clear and convincing evidence that the defendant has violated the terms of defendant's previously imposed pretrial release conditions. After considering the factors set forth in 18 U.S.C. § 3142(g), the Court concludes there are no conditions or combination of conditions which will assure the defendant will not flee or pose a danger to the safety of other persons or the community and that if there were such conditions the defendant is unlikely to abide by such conditions.

**IT IS ORDERED** that the defendant be detained.

Dated this 3rd day of July, 2017.

*Leslie A. Bowman*
Honorable Leslie A. Bowman
United States Magistrate Judge